IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| RAFAEL AMELLAR | * | |
| Plaintiff | * | |
| v. | * | |
| MIHAI A. VINATORU, et al. | * | Civil Action No.: 10-CV-3390-RWT |
| Defendants/Third-Party Plaintiffs | * | |
| v. | * | |
| GERALD GROH, JR. | * | |
| Third-Party Defendant | * | |

## THIRD-PARTY DEFENDANT GERALD RUSSELL GROH, JR.'S MOTION FOR SUMMARY JUDGMENT

The Third-Party Defendant, Gerald Russell Groh, Jr. ("Groh"), by Council, Baradel, Kosmerl & Nolan, P.A., Edwin H. Staples, II and Carissa M. Hyman, his attorneys, pursuant to the Federal Rules of Civil Procedure Rule 56 and Local Rule 105, hereby moves for summary judgment on all counts against Groh as alleged by Defendants/Third-Party Plaintiffs, Mihai A. Vinatoru ("Vinatoru") and Vinatoru Enterprises, Inc., and for reasons in support thereof states as follows:

1. There is no genuine dispute of material fact regarding Defendant/Third Party Plaintiff's Complaint in its entirety and Groh is entitled to judgment as a matter of law.

2. Groh adopts by reference and incorporates herein in its entirety the accompanying Memorandum in Support of Third-Party Defendant Gerald Russell Groh, Jr.'s Motion for Summary Judgment and Referenced Exhibits in Support of Third-Party Defendant Gerald Russell Groh, Jr.'s Motion for Summary Judgment, as if set forth fully below.

WHEREFORE, in consideration of the foregoing, Third-Party Defendant Gerald Russell

Groh, Jr. moves this Court to grant summary judgment for Third- Party Defendant Gerald Russell Groh, Jr. on Defendants/Third-Party Plaintiff's Complaint in its entirety, and to provide Third-Party Defendant Gerald Russell Groh, Jr. with any further relief as it may deem appropriate.

                              COUNCIL, BARADEL,
                              KOSMERL & NOLAN, P.A.

BY: *Edwin H. Staples /CMH*
       EDWIN H. STAPLES, II (Fed. Bar No.: 08760)
       CARISSA M. HYMAN (Fed. Bar No.: 29326)
       125 West Street, 4th Floor
       Post Office Box 2289
       Annapolis, Maryland 21404-2289
       (410) 268-6600
       *Attorneys for Third-Party Defendant,*
       *Gerald R. Groh, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this **13** day of July, 2011, a copy of the foregoing Third-Party Defendant Gerald Russell Groh, Jr.'s Motion for Summary Judgment was **emailed** to:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, DC 20036
pgrenier@bode.com
*Attorney for Plaintiff*

Thomas V. McCarron, Esquire
Semmes, Bowen & Semmes
Suite 1400
25 South Charles Street
Baltimore, MD 21201
tmccarron@semmes.com
*Attorney for Defendants Mihai A. Vinatoru &*
*Vinatoru Enterprises, Inc.*

                                        *Edwin H. Staples /CMH*
                                        EDWIN H. STAPLES, II